**STATE OF OHIO, ex rel. Peter J. BYRNE v. John A. ZANGERLE, Auditor, and L. G. Collister, Treasurer of Cuyahoga County, Ohio.**

No. 5894.

Circuit Court of Appeals, Sixth Circuit.

March 17, 1932.

George D. Hile, of Cleveland, Ohio, and Theo. A. Johnson, of Youngstown, Ohio, for appellant.

Ray T. Miller, Neil W. McGill, and Tolles, Hogsett & Ginn, all of Cleveland, Ohio, for appellees.

PER CURIAM.

Decree of District Court affirmed.

---

**George L. STEMMLER v. W. W. DAMRON and Creek Drilling Co.**

No. 5857.

Circuit Court of Appeals, Sixth Circuit.

Oct. 6, 1931.

Sandidge & Sandidge, of Owensboro, Ky., for appellant.

Cary, Miller & Kirk, of Owensboro, Ky., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

---

**Joseph SUMMERS v. UNITED STATES.**

No. 6156.

Circuit Court of Appeals, Sixth Circuit.

June 27, 1932.

A. Lee Beatty, of Cincinnati, Ohio, for appellant.

Haveth E. Mau, U. S. Atty., of Cincinnati, Ohio.

PER CURIAM.

Dismissed pursuant to motion of counsel for appellee.

---

**Tip TAYLOR v. UNITED STATES.**

No. 6032.

Circuit Court of Appeals, Sixth Circuit.

Oct. 6, 1931.

B. H. Hagey, of Nashville, Tenn., for appellant.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.

---

**U. S. TEMPLETON v. UNITED STATES of America.**

No. 675.

Circuit Court of Appeals, Tenth Circuit.

April 27, 1932.

Eben L. Taylor, of Tulsa, Okl., for appellant.

Jno. M. Goldesberry, U. S. Atty., of Tulsa, Okl.

Before LEWIS, COTTERAL and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.